IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David E. Rhodes,<br><br>  Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.<br><br>  Defendants. | CV 11-1032-PHX-SRB<br><br>**ORDER** |

The court has reviewed Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (doc. 2).

**IT IS ORDERED GRANTING** the application for leave to proceed in forma pauperis, without prepayment of costs or fees or the necessity of giving security therefore. Plaintiff shall be responsible for service by waiver of the summons and complaint.

DATED this 31st day of May, 2011.

_____
Susan R. Bolton
United States District Judge